Civil Action No. 3:25-cv-00351-JTA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Chambers County Board of Education</u> was received by me on *(date)* <u>May 19, 2025, 10:43 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Nell Ann Johnson for and on behalf of Chambers County Board of Education</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Chambers County Board of Education</u> on *(date)* <u>Thu, May 22 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/23/2025

*/s/ Alexis Meniefield*
Server's signature

Alexis Meniefield / SPS / 334-478-4147
Printed name and title

P.O. Box 1485, Wetumpka, AL 36092
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2025, 2:31 pm CDT at Company: 1298 Vocational Drive, LaFayette, AL 36862 received by Nell Ann Johnson for and on behalf of Chambers County Board of Education. Age: 60-65; Ethnicity: Caucasian; Gender: Female; Height: 5'6"; Hair: Gray;
Served business care of Nell Ann Johnson - Receptionist, who stated she was authorized to accept service on their behalf.