IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

YOLANDA RATCHFORD, *et al.*,          )
                                      )
    Plaintiffs,                      )
                                      )
v.                                    )    CASE NO. 3:25-cv-351-ECM
                                      )
CASEY CHAMBLEY, *et al.*,             )
                                      )
    Defendants.                      )

**O R D E R**

Now pending before the Court are the Plaintiffs' motion to dismiss Defendant Chambers County, Alabama (doc. 93) and motion to dismiss Defendant Sharon Weldon (doc. 94), pursuant to Federal Rule of Civil Procedure 41(a)(2).  Upon review of the motions, the Court finds the terms to be proper.  Accordingly, upon consideration of the motions, and for good cause, it is

ORDERED as follows:

1.    The Plaintiffs' motion to dismiss (doc. 93) is GRANTED, and the action against Defendant Chambers County, Alabama is DISMISSED with prejudice;

2.    The Plaintiffs' motion to dismiss (doc. 94) is GRANTED, and the action against Defendant Sharon Weldon is DISMISSED without prejudice;

3.    The action remains pending as to all other Defendants;

4.    This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 26th day of August, 2025.

       /s/ Emily C. Marks
       EMILY C. MARKS
       CHIEF UNITED STATES DISTRICT JUDGE